# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

In re

Tiffany G Barker

aka    Tiffany G. Odom

Debtor

Case No. 16–12642
Chapter 13

## NOTICE OF DEFICIENT CLAIM

**PLEASE TAKE NOTICE that a deficient claim has been submitted for filing in this case.**

**You are reminded that all documents submitted in this case must comply with the current version of this Court's Guidelines for Electronic Filing which is available for viewing at www.tnwb.uscourts.gov.**

| DEFICIENCIES REGARDING CLAIMS |
|---|
| ☐ The debtor's name and/or case number on the tendered proof of claim is either missing or does not match case information in CM/ECF. |
| ☐ The proof of claim is filed in an incorrect case. |
| ☐ The tendered claim does not reflect an amount. |
| ☐ The tendered claim has not been signed by the filing party. |
| ☐ The PDF of the tendered claim is either illegible or can not be opened for review. |
| ☐ Case closed on |
| ☑ Debtor's name on claim does not match case name in CM/ECF. |

DATE OF ISSUANCE
March 2, 2017

Kathleen A Ford
Clerk of the Bankruptcy Court

By: Valeta Marcom

Deputy Clerk

**[ntcdef]** [Notification of Defective Claim 6 2003]